**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUSTORGIO RANGEL, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>LAND O'LAKES, INC., a Minnesota corporation; and DOES 1 through 50 inclusive,,<br><br>          Defendant. | **Case No. 1:24-cv-00489-JLT-SKO**<br><br>**ORDER GRANTING DEFENDANT LAND O'LAKES, INC.'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES**<br><br><br>Complaint filed: March 20, 2024<br>Removal date: April 24, 2024<br>FAC filed: May 23, 2024 |

Defendant Land O'Lakes' Motion to Continue the Trial Date and All Related Pre-Trial Deadlines came before the Court on March 12, 2026. Having considered the Motion, the Memorandum of Points and Authorities, the Declaration of Winston K. Hu, and all other papers and pleadings on file in this action, and for good cause shown:

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

The current trial date of April 28, 2026, and all related pretrial deadlines are hereby vacated. The Court will set a new trial date and related pretrial deadlines at its discretion, following issuance of the

[~~PROPOSED~~] ORDER GRANTING DEFENDANT LAND O'LAKES, INC.'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES

1

ruling on Defendant's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, to allow sufficient time for the parties to prepare for trial thereafter.

IT IS SO ORDERED.

Dated:    **February 5, 2026**

_____
UNITED STATES DISTRICT JUDGE